**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Antonio Demetrick BURNS, Defendant–Appellant.**

**No. 07–12681 Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

March 19, 2008.

Richard H. Loftin, Mobile, AL, for Plaintiff–Appellee.

Kristen Gartman Rogers, SAL–Federal Public Defender, Mobile, AL, for Defendant–Appellant.

Before TJOFLAT, BLACK and MARCUS, Circuit Judges.

PER CURIAM:

Joseph M. Bolton Jr., appointed counsel for Antonio Demetrick Burns in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Burns's conviction and sentence are **AFFIRMED.**